UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUSAN SALINAS and MARGARET WOODS, <br><br> Plaintiffs, <br> VS. <br><br> HOME DEPOT U.S.A. INC. and MICHAEL HARDING, <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. H-03-5094 |

## MEMORANDUM AND ORDER

Pursuant to Plaintiff Susan Salinas's stipulation of partial dismissal, Salinas's claims against Defendant Michael Harding are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.